

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-20-00030-CR
No. 07-20-00032-CR
_____

**JODY RANDOLPH WADE, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from County Court at Law Number 2
Wichita County, Texas[1]
Trial Court Nos. 07-11121-74529-F & 07-11120-74530-F; Honorable Greg J. King, Presiding

September 18, 2020

## MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Jody Randolph Wade, appeals from the trial court's judgment revoking his deferred adjudication community supervision and adjudicating him guilty of the offense of unlawful carrying of a weapon[2] and judgment revoking his community supervision for

---

[1] Originally appealed to the Second Court of Appeals, these cases were transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

the offense of driving while intoxicated.[3]  Appellant was sentenced to forty days confinement for each offense.

We remanded the causes to the trial court on August 14, 2020, after Appellant failed to file an appellate brief.  On remand, the trial court was to determine, among other things, whether Appellant still desired to prosecute the appeals.  The trial court held a hearing on August 31, 2020, and a supplemental record of that hearing has been filed herein.  At the hearing, both Appellant and his counsel were present.  Appellant notified the trial court that he no longer wished to pursue the appeals.

Because Appellant no longer desires to prosecute the appeals, we invoke Appellate Rule 2 to suspend operation of Appellate Rule 42.2(a), which requires that Appellant and his attorney sign a motion to dismiss the appeals.  *See* TEX. R. APP. P. 2, 42.2(a).  Accordingly, the appeals are dismissed.  No motion for rehearing will be entertained and our mandates will issue forthwith.

Per Curiam

Do not publish.

---

[2] TEX. PENAL CODE ANN. § 46.02(a-1)(2)(A), (b) (West Supp. 2019) (Class A misdemeanor).

[3] TEX. PENAL CODE ANN. § 49.04(d) (West 2011) (Class A misdemeanor).